**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BRIAN M. CASEY,**

     **Plaintiff,**

**v.**                                                                      **Case No. 4:26-cv-260-AW-MAF**

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

     **Defendant.**

_____/

## <u>ORDER OF DISMISSAL</u>

Plaintiff Brian Casey, an inmate and serial litigant, has filed yet another case. The magistrate judge recommends dismissal because Casey is a three-striker, has not paid the filing fee, and has not alleged he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). ECF No. 6. Casey filed objections and an amended complaint. ECF No. 9. I have considered the matter de novo. I now adopt the report and recommendation and incorporate it into this order.

First, I agree with the magistrate judge that the original complaint did not show Casey faced imminent danger of serious physical injury. The same is true with the amended complaint. Moreover, dismissal would be appropriate anyway because Casey has sued the Florida Department of Corrections, which has Eleventh Amendment immunity. And he purports to sue an entity that is not a "person" for

1

§ 1983 purposes. Thus dismissal is appropriate for these reasons too. *See* 28 U.S.C. § 1915(e)(2)(B).

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on July 16, 2026.

s/ *Allen Winsor*  
Chief United States District Judge

2